IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM J. FUHRMEISTER, d/b/a WILLIAM J. FUHRMEISTER AGENCY and ROBERT FELDMAN,<br><br>          Defendants,<br>-------------------------------------------------------<br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>          Plaintiff,<br><br>v.<br><br>HELENE REIBER, *et. al.*<br><br>          Defendants. | CIVIL ACTION<br>NO. 14-cv-02823<br><br><br><br><u>TRANSFERRED CASE</u><br><br>Case No. 1:15-cv-80916-RLR<br><br>From the United States District Court For the Southern District of Florida<br><br>(Judge Robin L. Rosenberg) |

## ORDER

**AND NOW,** this 17th day of September, 2015, upon consideration of North American's Motion to Compel, (Doc. No. 48), it is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Helene Reiber shall comply with North American's subpoena to produce documents and testify at a deposition at a time and place set by North American's counsel as prescribed by Federal Rule of Civil Procedure 45(d)(1).

Upon consideration of North American's Motion for Sanctions, (Doc. No. 48), it is **ORDERED** that the Motion for Sanctions is **DENIED** without prejudice.

BY THE COURT:

/s/ Gerald J. Pappert
_____
GERALD J. PAPPERT, J.