IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM J. FUHRMEISTER, d/b/a WILLIAM J. FUHRMEISTER AGENCY and ROBERT FELDMAN,<br><br>　　　　　Defendants.<br>---<br>WILLIAM J. FUHRMEISTER,<br><br>Counter-Plaintiff<br><br>　v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE<br><br>Counter-Defendants.<br>---<br>WILLIAM J. FUHRMEISTER,<br><br>Third-Party Plaintiff,<br><br>　v.<br><br>ROBERT FELDMAN,<br><br>Third-Party Defendant. | CIVIL ACTION<br>NO. 14–cv–02823<br><br><br><br><br><br><br><br><u>TRANSFERRED CASE</u><br><br>Case No. 1:15–cv–80916-RLR<br><br>From the United States District Court For the Southern District of Florida<br><br>(Judge Robin L. Rosenberg) |

<u>**ORDER**</u>

**AND NOW**, this 15th day of March, 2016, following a Show Cause Hearing and upon consideration of North American Company for Life and Health Insurance's ("NACOLAH") unopposed Motion for Default Judgment Against Robert Feldman ("Feldman") (ECF No. 81), it is **ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of NACOLAH and **AGAINST**

Robert Feldman in the total amount of $100,640.00, plus interest at the lawful rate from the date of this Order.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

                                             BY THE COURT:

                                             */s/ Gerald J. Pappert*
                                             GERALD J. PAPPERT, J.